AMERICAN BLUE STONE COMPANY, Respondent, v. COHN CUT STONE COMPANY, Appellant.— Motion granted and appeal dismissed, with costs.

JENNIE TURNER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion granted and appeal dismissed, with costs.

In the Matter of the Application of GATES KERSBURG, Appellant, for a Writ of Certiorari to JAMES P. HARRITY and Others, Commissioners of the City of Lackawanna, Erie County, New York, Respondents.— Order affirmed, not in the exercise of any discretion, but as a matter of law, and stay vacated, without costs.   Held, we are of the opinion that the application for the writ of certiorari was properly denied, even if the action of the commissioners was not in compliance with the statute* and their designations not made as required by the act.   We do not pass upon that question.   All concurred.

---

* See Laws of 1917, chap. 623, amdg. Liquor Tax Law (Consol. Laws, chap. 34; Laws of 1909, chap. 39), § 8, subd. 9, ¶ c, cls. (1)–(4).— [REP.